# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3433
_____

ARTHUR COLLIN CHERRY,

   Appellant,

v.

JENNIFER CHERRY,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

August 14, 2019

PER CURIAM.

   AFFIRMED.

RAY, C.J., and LEWIS and B.L. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

A. Collin Cherry, Law Office of Collin Cherry, P.L., Tallahassee, for Appellant.

Scott W. Smiley, Thompson, Crawford & Smiley, Tallahassee, for Appellee.